COURT OF APPEALS OF VIRGINIA

Present:   Judges Elder, Clements and Senior Judge Annunziata

CHRISTOPHER LUZIER

MEMORANDUM OPINION[*]

v.      Record No. 0119-07-2                      PER CURIAM
                                                  MAY 29, 2007

PENN LINE CORPORATION AND
  ZURICH AMERICAN INSURANCE COMPANY

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Andrew J. Reinhardt; Kerns, Kastenbaum & Reinhardt, P.L.C., on
briefs), for appellant.

(Frederick T. Schubert, II; Angela F. Gibbs; Midkiff, Muncie &
Ross, P.C., on brief), for appellees.

Christopher Luzier appeals a decision of the Workers' Compensation Commission finding he failed to prove that he (1) sustained a brain injury causally related to his compensable March 22, 2004 injury by accident; and (2) remained totally disabled as a result of that brain injury. We have reviewed the record and the commission's opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated by the commission in its final opinion. See Luzier v. Penn Line Corp., VWC File No. 218-31-49 (Dec. 21, 2006). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.